UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | MAGISTRATE NO. 2:12cr348 |
| v. | : | |
| | : | ORDER |
| TAMAR WATSON | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __21__ day of __March__, 2017,

ORDERED that __Lisa Mack, ESQ__ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Steven C. Mannion
United States Magistrate Judge